IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Scott N. Johnson,                    )
                                     )    2:12-cv-00176-GEB-DAD
                Plaintiff,           )
                                     )
        v.                           )    ORDER RE: SETTLEMENT AND
                                     )    DISPOSITION
                                     )
Thipalom Tammy Nonhprasith,          )
                                     )
                Defendant.           )
_____      )

        Plaintiff filed a "Notice of Settlement" on March 27, 2012, in
which he states, "the parties have settled this action[, and
d]ispositional documents will be filed within (30) calendar days." (ECF
No. 7.)

        Therefore, a dispositional document shall be filed no later
than April 27, 2012. Failure to respond by this deadline may be
construed as consent to dismissal of this action without prejudice, and
a dismissal order could be filed. See E.D. Cal. R. 160(b) ("A failure to
file dispositional papers on the date prescribed by the Court may be
grounds for sanctions.").

        Further, the Status Conference scheduled for hearing on April
23, 2012, is continued to May 21, 2012, commencing at 9:00 a.m., in the
event no dispositional document is filed, or if this action is not

otherwise dismissed.[1]  A joint status report shall be filed fourteen (14)
days prior to the Status Conference.

       IT IS SO ORDERED.

Dated:  March 28, 2012

                             GARLAND E. BURRELL, JR.
                             United States District Judge

---

    [1]   The Status Conference will remain on calendar, because the mere representation that a case has been settled does not justify vacating a scheduling proceeding. Cf. Callie v. Near, 829 F.2d 888, 890 (9th Cir. 1987) (indicating that a representation that claims have been settled does not necessarily establish the existence of a binding settlement agreement).